UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-07-154-FVS |
| vs. | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO TRAVEL |
| TERRY ALLEN ROACH, | ) | |
| Defendant. | ) | |

After having reviewed Defendant Terry's Roach's Motion to Permit Travel, **IT IS ORDERED** that the Motion **(Ct. Rec. 63)** shall be **GRANTED**. Mr. Roach shall be permitted to travel to Seattle on September, 19, 2008, and return to Spokane no later than midnight on Saturday, September 20, 2008. Mr. Roach shall provide all his travel details to Officer Law prior to leaving Spokane.

DATED September 15, 2008.


                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE